IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:09-00123 |
| | ) | |
| PAVAN VOLETI | ) | |

**ORDER**

Upon oral motion of the defendant, and without objection from the Government, the preliminary and detention hearings convened on July 11, 2013, are continued to **1:00 p.m., Wednesday, July 17, 2013.**

Defendant shall remain in the custody of the Attorney General or his authorized representative pending the hearing.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge